**Christopher George WASHINGTON, Petitioner–Appellant,**

v.

**WALLENS RIDGE STATE PRISON, Respondent–Appellee.**

No. 10–6954.

United States Court of Appeals, Fourth Circuit.

Submitted: April 6, 2011.

Decided: April 15, 2011.

Christopher George Washington, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher George Washington seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2006) petition, without prejudice, for failure to comply with Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Washington seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*